**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA    95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**VYACHESLAV RUMANTSEV**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **VYACHESLAV RUMANTSEV,** | No.   2:17-CV-02539-EFB |
| **Plaintiff,** | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Deputy Commissioner, performing the duties and functions not specifically reserved to the Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 11, 2018.

This second extension of one business day is because of continuing problems of plaintiff's counsel with switching internet provider services and re-networking his computers, specifically

problems with the internet service provider company; then, in addition, counsel is also handling four hearings this week, including one out of town, besides his other work and this opening brief.

Dated: June 7, 2018　　　　　　　　　　　　　　　/s/　*Jesse S. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　　　　Regional Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　　　　Social Security Administration

Dated: June 7, 2018　　　　　　　　　　　　　　　 */s/ per e-mail authorization*

　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN CHEN
　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant


## **ORDER**

　　　　For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is granted.  The motion for summary judgment (ECF No. 13) filed on June 11, 2018, is deemed timely.

　　　　SO ORDERED.

DATED:  June 14, 2018.　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE