McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

VYACHESLAV RUMANTSEV,

      Plaintiff,

  vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:17-cv-02539-EFB

**JOINT STIPULATION AND
[~~PROPOSED~~] ORDER FOR EXTENSION
OF TIME FOR DEFENDANT TO
RESPOND TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that

the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 11,

2018 to **August 17, 2018**. This is Defendant's first request for extension. Good cause exists to

grant Defendant's request for extension. Counsel had a death of a family member and is

attending prayer services in the next few weeks. In addition, Counsel has over 85+ pending

social security cases, which require two or more dispositive motions a week until mid-August.

Due to current workload demands and upcoming leave, Counsel needs additional time to

adequately review the transcript and properly respond to Plaintiff's Motion for Summary

Judgment. Defendant makes this request in good faith with no intention to unduly delay the

proceedings.  Counsel apologizes for the belated request, but did not anticipate being out on the current filing deadline due to the unexpected death of a family member.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  July 5, 2018     /s/ *Jesse Kaplan_____
            (*as authorized by email on July 3, 2018)
            JESSE KAPLAN
            Attorney for Plaintiff

Dated:  July 5, 2018     MCGREGOR W. SCOTT
            United States Attorney
            DEBORAH LEE STACHEL
            Regional Chief Counsel, Region IX
            Social Security Administration

By  /s/  Tina L. Naicker_____
      TINA L. NAICKER
      Special Assistant U.S. Attorney
      Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  July 9, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE