McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VYACHESLAV RUMANTSEV, <br><br> Plaintiff, <br><br> vs. <br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security <br><br> Defendant. | Case No.: 2:17-cv-02539-EFB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 17, 2018 to **August 31, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel had another death in her family this week and is out on the current filing deadline. Counsel for Defendant also anticipates taking additional leave next week for funeral services. In addition, Counsel has over 85+ pending social security cases, which require two or more dispositive motions a week until mid-September. Due to current workload demands and upcoming leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary

JS for Extension of Time; 2:17-cv-02539-EFB

1

Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but did not anticipate being out on the current filing deadline due to the unexpected death of another family member. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 17, 2018  /s/ *Jesse Kaplan
(*as authorized by email on August 17, 2018)
JESSE KAPLAN
Attorney for Plaintiff

Dated: August 17, 2018  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 20, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time; 2:17-cv-02539-EFB