McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VYACHESLAV RUMANTSEV,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 2:17-cv-02539-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 31, 2018 to **September 4, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Following the third death in the last three months in Counsel's family and an emergency family matter of Counsel's immediate family member that required emergency stay and surgery during the same week, Counsel took some additional personal leave last week and was out of the office to recoup from the several family tragedies. Counsel also has over 85+ pending social security cases, which require two or more dispositive motions a week until mid-October, as well as a pending Ninth Circuit case (due in

JS for Extension of Time; 2:17-cv-02539-EFB

1

early October) and several civil rights matters that require immediate investigation.  Due to current workload demands and unanticipated leave, Counsel did not have sufficient time to finalize Defendant's response.  As such, Defendant needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Remand.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  Counsel apologizes for the belated request, but did not anticipate taking additional leave.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: August 31, 2018                    /s/ *Jesse Kaplan
                                                    (*as authorized by email on August 30, 2018)
                                                    JESSE KAPLAN
                                                    Attorney for Plaintiff

Dated:  August 31, 2018                MCGREGOR W. SCOTT
                                                    United States Attorney
                                                    DEBORAH LEE STACHEL
                                                    Regional Chief Counsel, Region IX
                                                   Social Security Administration

                              By     /s/ Tina L. Naicker
                                                  TINA L. NAICKER
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED:  August 31, 2018

                                                    HON. EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time; 2:17-cv-02539-EFB