McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VYACHESLAV RUMANTSEV,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 2:17-cv-02539-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 4, 2018 to **September 11, 2018**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel is sick and has a migraine on the date of the current filing deadline, which impairs her vision. Counsel attempted diligently to finish her response, but could not do so by the current filing deadline. Counsel is also expected to be out of the office on September 7th and 8th, 2018. As a result of Counsel's unexpected time off, Counsel did not have sufficient time to finalize Defendant's response. As such, Defendant needs additional time to adequately review the transcript and properly respond

JS for Extension of Time; 2:17-cv-02539-EFB

to Plaintiff's Motion for Remand. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but did not anticipate taking additional leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 4, 2018   */s/ \*Jesse Kaplan*
(*as authorized by email on September 4, 2018)
JESSE KAPLAN
Attorney for Plaintiff

Dated: September 4, 2018   MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 5, 2018.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time; 2:17-cv-02539-EFB

2