**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**VYACHESLAV RUMANTSEV**


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-


| | |
|---|---|
| **VYACHESLAV RUMANTSEV,** | No.   2:17-CV-02539-EFB |
| **Plaintiff,** | **STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Deputy Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to October 23, 2018.

This extension is requested because plaintiff's counsel had six briefs of various kinds, including four in federal court, due over a three-business-day period ending October 2, 2018, as

well as five hearings, one out of town, and could only reasonably complete three of them. Counsel continues to have other work, too.

Dated:   October 4, 2018                                    /s/   *Jesse S. Kaplan*
                                                            JESSE S. KAPLAN
                                                            Attorney for Plaintiff


                                                            PHILLIP A. TALBERT
                                                            United States Attorney
                                                            DEBORAH LEE STACHEL
                                                            Regional Counsel, Region IX
                                                            Social Security Administration

Dated:  October 5, 2018                                     */s/ per e-mail authorization*

                                                            TINA NAICKER
                                                            Special Assistant U.S. Attorney
                                                            Attorney for Defendant


## **ORDER**


        For good cause shown on the basis of this stipulation, plaintiff's request for an extension of time is granted.  Plaintiff's time to file a reply brief is extended to October 23, 2018.

        SO ORDERED.

Dated:  October 10, 2018.
                                                            EDMUND F. BRENNAN
                                                            UNITED STATES MAGISTRATE JUDGE