**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**VYACHESLAV RUMANTSEV**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **VYACHESLAV RUMANTSEV,** | No.   2:17-CV-02539-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Deputy Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to October 25, 2018.

This is a second extension but of only two days, the reasons being that plaintiff's counsel's computer and office network were being worked on for several hours on October 22, and aside

[Pleading Title] - 1

from other work, such as a hearing October 23, counsel's schedule on October 24, 2018, is quite full.

Dated:   October 23, 2018                           /s/   *Jesse S. Kaplan*
                                                    JESSE S. KAPLAN
                                                    Attorney for Plaintiff


                                                    PHILLIP A. TALBERT
                                                    United States Attorney
                                                    DEBORAH LEE STACHEL
                                                    Regional Counsel, Region IX
                                                    Social Security Administration

Dated:  October 23, 2018                              */s/ per e-mail authorization*

                                                    TINA NAICKER
                                                    Special Assistant U.S. Attorney
                                                    Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to October 25, 2018.

SO ORDERED.

Dated:  October 25, 2018.
                                                    _____
                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE